

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK
F.#2009R00195

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 19, 2011

**BY ECF AND INTEROFFICE MAIL**

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:  United States v. Thomas Frangiapane
       Criminal Docket No. 11-0003 (DLI)

Dear Judge Irizarry:

   The government respectfully submits this letter to update the Court as to the status of defendant Thomas Frangiapane's release on bond.  The Court is familiar with the background of this case, in which the Honorable Andrew L. Carter released the defendant on January 21, 2011 pursuant to a $500,000, fully secured bail bond.  On Friday, September 9, 2011, after a number of suretors were removed from the bond, the Court ordered that additional suretors be added no later than today, September 19, 2011.

   This morning, in accordance with the Court's September 9, 2011 order, an amended bond was executed before the Hon. Lois Bloom adding additional suretors and properties.  Judge Bloom ordered confessions of judgment as to the additional properties to be filed no later than September 29, 2011.  Today's additions bring the value of the equity securing the bond to approximately

2

$450,000, and the government has consented to the defendant's provision of additional property with equity sufficient to secure the full $500,000 amount of the bond on or by Monday, September 26, 2011.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By: _____/s/_____
    Whitman G.S. Knapp
    Assistant U.S. Attorney
    (718) 254-6107

cc:   Vincent Licata, Esq. (by ECF)
      Clerk of the Court (DLI)