Case 1:11-cr-00003-DLI   Document 120   Filed 09/30/11   Page 1 of 1 PageID #: 1161

FILED
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 30 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

          ORDER
          FOR ACCEPTANCE OF CASH BAIL

    -against-

Thomas Frangiapane           Docket No.   11 CR 3   (DLI)

-------------------------------------------------X

    Bail having been fixed by Hon. __Lois Bloom_____, in the above entitled action in the amount of $ __500,000_____ of which sum $__41,000_____ in cash is to be deposited with the Clerk of the Court.

    It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $__41,000_____ when tendered on behalf of the above defendant.

    **SO ORDERED.**

Dated: Brooklyn, New York
        Sept. 28, 2011

                                S/RLM

                              **HON. ROANNE L. MANN**
                              **UNITED STATES MAGISTRATE JUDGE**

Receipt No. _4653044470_

**Money Deposited By:** _Vincent Licata_
**address & Telephone** _225 Broadway Suite 3707_
                        _New York, N.Y. 10007_
                        _212 349 6565_

X _[signature]_