```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA,           Docket # 11-CR-0003 (DLI)

     -against-
                                    NOTICE OF APPEARANCE
THOMAS FRANGIPANE, et al.

             Defendants.
--------------------------------X
```

S I R S :

PLEASE TAKE NOTICE, that the undersigned has been retained as attorney for the above-entitled defendant and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

I was admitted to practice in the courts of the Eastern District of New York on February 11, 1975.

Dated:   Mineola, New York
         November 2, 2011

                                    Yours, etc.

                                    _____
                                    MICHAEL H. SOROKA, ESQ.
                                    Attorney for Defendant,
                                     Thomas Frangipane
                                    300 Old Country Road, Suite 341
                                    Mineola, New York 11501
                                    (516) 742-2002

TO:   CLERK OF THE COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

UNITED STATES OF AMERICA,      Docket # 11-CR-0003 (DLI)

-against-

THOMAS FRANGIPANE, et al.     SUBSTITUTION OF COUNSEL

    Defendants.

--------------------------------X

IT IS HEREBY CONSENTED THAT Michael H. Soroka, Esq., 300 Old Country Road, Suite 341, Mineola, New York 11501 be substituted as attorney of record for Thomas Frangipane, a defendant in the above-entitled action in place and stead of Vincent J. Licata, Esq., 225 Broadway, Suite 307, New York, New York 10007 as of the date hereof.

Dated:     Mineola, New York
        October 29, 2011

_____
MICHAEL H. SOROKA, ESQ.

_____
THOMAS FRANGIPANE

_____
VINCENT J. LICATA, ESQ.

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NASSAU    )

On the 29 day of October 2011 before me, the undersigned, personally appeared Thomas Frangipane personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

MICHAEL H. SOROKA
Notary Public, State of New York
No. [illegible] 05646
Qualified in Suffolk County
Commission Expires March 30, 2014

_____
Notary Public