# LAW OFFICES
## MICHAEL H. SOROKA, ESQ.

SUITE 341
300 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
(516) 742-2002
FACSIMILE: (516) 742-0953

STEVEN BZURA
COUNSEL

June 13, 2011

**VIA ECF**

Hon. Dora L. Irizzary
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  **United States v. Frangipane**
           **Docket No. 11 CR 3 (DLI)**

Dear Judge Irizzary:

In connection with the above referenced matter, this Court scheduled a bail hearing in connection with Mr. Frangipane for Friday, June 15, 2012 at 2:00 p.m. This matter is based upon an event that occurred on May 26, 2012, that was self reported by Mr. Frangipane and the undersigned.

The Government, Pre Trial Services (PTS) and I have been in constant communication regarding this matter and, subject to Your Honor's approval, have agreed to a modification of the defendant's pre trial release to include (1) a mental health referral by PTS, report and follow-up treatment if and as indicated; (2) a curfew allowing the defendant out of his home from 5:00 a.m. to 7:30 p.m. Monday through Friday and 8:00 p.m. to 11:00 p.m. on Wednesday and Sunday nights; and (3) permission for Mr. Frangipane to see his children on Father's Day (Sunday, June 17, 2012) in Manhattan with the time and place to be provided to PTS.

Accordingly, all parties believe that no testimony will be required and a relatively brief amount of the Court's time on June 15, 2012 is needed to resolve the issues.

Very truly yours,

Michael H. Soroka

MHS:jv

cc: Whitman Knapp, Esq. /via ECF
    PTS Officer Robert Stiele /via fax
    Thomas Frangipane