# LAW OFFICES
## MICHAEL H. SOROKA, ESQ.

SUITE 341
300 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
(516) 742-2002
FACSIMILE: (516) 742-0953

STEVEN BZURA
COUNSEL

July 3, 2012

**VIA ECF**

Hon. Dora L. Irizzary
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:  United States v. Frangipane**
          **Docket No. 11 CR 3 (DLI)**

Dear Judge Irizzary:

    This letter is in response to the application (Doc. 174) made by Petitioner, Capeci, to compel disclosure of the plea agreement of Thomas Frangipane.

    Based upon our understanding of prevailing case law (See, Response to Motion to Compel filed on behalf of Anthony Scibelli [Doc. 175]), Mr. Frangipane will not submit authorities in opposition to the requested relief.

                                         Very truly yours,

                                         Michael H. Soroka

MHS:jv

cc:  Thomas Frangipane
     Whitman Knapp, Esq. via ECF only
     Defense Counsel via ECF only